**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **WILLIAM MARDOQUEO PAR PAR,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-3053-G** |
| | ) | |
| **WARDEN/FACILITY ADMINISTRATOR, Delaney Hall Detention Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner William Mardoqueo Par Par filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement. On November 10, 2026, Respondents filed a Notice (Doc. No. 15) stating that Petitioner was released from detention on October 28, 2026.

As it is apparent from the record that Petitioner is no longer in custody, Petitioner's habeas claims are moot, and dismissal is warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 19th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge